

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2021

No. 04-20-00607-CV

**IN THE INTEREST OF A.J.D.**, a Child,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0025-CV-C
Honorable Thomas Nathaniel Stuckey, Judge Presiding

# O R D E R

   Appellee has filed a motion for extension of time to file its brief. We grant the motion and order appellee's brief due March 3, 2021.

_____
Luz Elena D. Chapa, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court